IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GARY C. KRAFT, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 12-0590-CG-M |
| | ) |
| CITY OF MOBILE, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that the Defendant's Motion to Dismiss (Docs. 6-7) and Motion to Dismiss Amended Complaint (Doc. 20) are hereby **DENIED**,

**DONE and ORDERED** this 4th day of April, 2013.

                                        /s/ Callie V. S. Granade
                                        UNITED STATES DISTRICT JUDGE