# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| GARY C. KRAFT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION NO. 12-0590-CG-M |
| CITY OF MOBILE, | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order on summary judgment entered this date (Doc. 56), it is **ORDERED, ADJUDGED** and **DECREED** that judgment is entered in favor of defendant, City of Mobile, and against plaintiff, Gary C. Kraft. Accordingly, all of plaintiff's claims against said defendant are hereby **DISMISSED with prejudice**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 3rd day of September, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE